UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID M. SWINTON, on behalf of himself and all others similarly situated | * * * | NO. 4:18-cv-00144 |
| Plaintiff, | * * | |
| v. | * * | SQUARETRADE, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| SQUARETRADE, INC., | * * | |
| Defendant. | * * | |

Defendant SquareTrade, Inc. ("SquareTrade") submits this short brief in response to the objection of David Florenzano. Mr. Florenzano's objection was submitted after Plaintiff filed the Motion for Final Approval, and therefore the parties have not yet had an opportunity to respond to it.

*First,* Mr. Florenzano objects on the basis that he did not received notice of the settlement. In fact, the records of the Notice Administrator in this matter, JND Legal Administration, show that notice was sent to the same email address that is noted in Mr. Florenzano's objection on three separate occasions and that Mr. Florenzano's email service provider (Gmail) confirmed receipt of each email. *See* Supplemental Declaration of Jennifer Keough Regarding Notice Administration ¶¶ 3-4, attached hereto as **Exhibit 1**. There is no issue with how SquareTrade has identified members of the class.

*Second*, Mr. Florenzano asserts that "if consumers purchase a smartphone plan on SquareTrade.com for two years of protection they will pay a total of $215.76 ($8.99 per month times 24 months) . . . however, if the similar plan is purchased on Amazon.com, a consumer will

only pay $110.01." That is wrong. Class members redeeming coupons will be provided a link to a webpage, where a two-year SquareTrade Protection Plan can be purchased for the flat rate of $149, and a one-year Plan for $89. *See* Declaration of Nandita Menon ¶ 4, attached hereto as **Exhibit 2**. Moreover, the SquareTrade Protection Plan sold on Amazon that is cited by Mr. Florenzano is for a phone with a purchase price of no more than $499, which is true for very few mobile phones today. *Id.* ¶ 5, 7. The price for a two-year SquareTrade Protection Plan on Amazon for a phone valued at $999—the approximate retail price of the Apple iPhone and Samsung Galaxy, which comprise nearly 70% of the U.S. mobile phone market—is approximately $207. *Id.* ¶¶ 6,7. Thus, because the prices of Protection Plans purchased on SquareTrade.com do not change based on the value of the underlying phone (unlike the prices of SquareTrade Protection Plans sold on Amazon, as explained above), class members redeeming settlement coupons will be getting a ***better*** deal than would be available to them on Amazon. And, this is before one considers that Protection Plans purchased on SquareTrade.com, in contrast to those purchased on Amazon, are not subject to any channel restriction and contain no purchase window requirement. *Id.* ¶ 8.

*Third*, according to Mr. Florenzano's objection, his television broke in July of 2017; yet, he only contacted SquareTrade a year later, in July of 2018. When he did contact SquareTrade, the first line of his chat with customer support stated that he "bought the TV directly from Vizio and the SquareTrade contract from Amazon. . . . What's the problem?" This sort of delayed objection, coupled with an immediate threat, is highly unusual to say the least. Menon Decl. ¶ 10. Mr. Florenzano confirms that he contacted his counsel "in 2018 before the parties in Iowa reached their settlement." Objection, at n.2. The settlement was reached on August 2, 2018. It is therefore likely that the chat was scripted by Mr. Florenzano's lawyers.

SquareTrade respectfully requests that the objection of Mr. Florenzano be denied.

Dated: June 20, 2019

Respectfully submitted,

By: /s/ *Douglas A. Winthrop*

Douglas A. Winthrop*
Douglas.Winthrop@arnoldporter.com
Michael A. Berta*
Michael.Berta@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400
*Admitted *pro hac vice*

John F. Lorentzen (AT0004867)
jfl@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Telephone:   515.283.3100
Facsimile:    515.283.3108

Attorneys for Defendant
SQUARETRADE, INC.