# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DAVID M. SWINTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SQUARETRADE, INC.,<br><br>Defendant. | Case No. 4:18-cv-00144-SMR-SBJ<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE ADMINISTRATION** |

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am the Chief Executive Officer of JND Legal Administration ("JND"). JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. I have been asked by Counsel for SquareTrade to prepare this Supplemental Declaration attesting as to whether Email Notice was sent and delivered to David Florenzano.

3. The email address we have on file for Mr. Florenzano, and to which we sent notice, is identical to the address provided in Exhibit A of the Objection of David Florenzano.

4. According to our logs, Mr. Florenzano was sent an Email Notice on three separate occasions: April 18, 2019 at 08:35:00.000 Pacific Standard Time (PST), April 21, 2019 at

17:36:36.050 PST, and April 22, 2019 at 23:44:29.810 PST. According to confirmations received from Mr. Florenzano's Email Service Provider (Gmail), each email was delivered to his account.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2019 at Seattle, Washington.

*[signature]*

JENNIFER M. KEOUGH