UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID M. SWINTON, on behalf of himself and all others similarly situated | * * * | NO. 4:18-cv-00144 |
| Plaintiff, | * * | |
| v. | * * | DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF SQUARETRADE'S RESPONSE TO 7/22/2019 ORDER |
| SQUARETRADE, INC., | * * * | |
| Defendant. | * * | |

I, Jennifer M. Keough, declare as follows:

1.  I am the Chief Executive Officer ("CEO") of JND Legal Administration LLC ("JND"), the Settlement Administrator for this case. I submit this Declaration in support of SquareTrade's response to the Court's Order of July 22, 2019 in this matter. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify completely thereto.

2.  As described in my prior Declaration, (ECF 97-2), in addition to the email notice campaign, JND provided publication notice of the Settlement by running banner advertisements on Facebook and the Google Display Network, pursuant to the terms of the Settlement.

3.  This publication notice was effective. The ads were linked to the Settlement Website, www.sstsettlement.com, and Google Analytics and other measures indicate that, during the period of the digital advertising campaign (the "publication notice period"), traffic to the Settlement Website was at its peak.

4.  In particular, during the publication notice period, traffic driven by the digital ads accounted for 13% of total user traffic to the Settlement Website. Additionally, 63% of all visits to the Settlement Website occurred during the publication notice period.

DECLARATION OF JENNIFER M. KEOUGH

5. While impressions (or ad view opportunities) were not allocated to specific demographic audiences, a total of 11,019,855 impressions were served to adults 18 years of age or older across both desktop and mobile devices, with 57% of all impressions being delivered on smartphones.

6. The digital campaign's final click through rate (percentage of people who clicked on the ad and arrived at the Settlement Website) was .05%, which is considered a good result for online display ads, based on 2019 data from Smart Insights. In addition to click throughs, digital ads also increase awareness and encourage general traffic to the Settlement Website, as indicated by the increased traffic to the Settlement Website during the publication notice period.

7. The Settlement Website, which is still active, contains contact information for Class Counsel, links to the Long Form Notice, the Settlement Agreement and other important case documents, and, significantly, a link permitting class members to update their email addresses. See https://secure.sstsettlement.com/EmailUpdate. In this way, a class member who did not receive email notice can nonetheless provide a current email address, and thereby participate in the coupon distribution. During the publication notice period, 1,030 requests to update email addresses were submitted. Of the 1,030 total email address update requests, 229 of the "previous email addresses" supplied (or 22%), were not on the original email list, meaning that they learned about the settlement by means other than the email notice campaign.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of August, 2019, at Seattle, Washington.

*/s/ Jennifer M. Keough*

Jennifer M. Keough

DECLARATION OF JENNIFER M. KEOUGH