UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

David M Swinton
on behalf of himself and all others
similarly situated

      Plaintiff

v

Squaretrade, Inc.

      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-00144

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Action is hereby dismissed as to Defendant on the merits with prejudice and without costs (except as otherwise provided for in the Settlement Agreement), and Plaintiff and each of the Settlement Class Members, on the Effective Date, shall be deemed to have, and by operation of this Order shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Parties; provided, however, that the Releases shall not include the right to, or any claim or action brought to, enforce the Settlement Agreement or any claim for breach of the Settlement Agreement.

The Court GRANTS Plaintiff's application for attorney's fees. Defendant shall pay Class Counsel $25,000, and Class Counsel may recover a percentage of each Refund Class Member's Settlement Refund. The percentage recovered must be the same for each Refund Class Member, and the sum of such payments shall not exceed $53,940.

The Court approves an incentive award to Plaintiff in the amount of $2,500.

Date: April 15, 2020

CLERK, U.S. DISTRICT COURT

/s./ K. Chrismer
_____
By: Deputy Clerk