# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2002

_____

David M. Swinton, on behalf of himself and all others similarly situated

Plaintiff - Appellee

v.

Squaretrade, Inc.

Defendant - Appellee

------------------------------

David Florenzano

Movant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:18-cv-00144-SMR)

_____

## JUDGMENT

The parties in this matter have filed a stipulation of dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 18, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans